IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HASMUKHBHAI AMRUTLAL PATEL et al., : <br> : <br> Plaintiffs, : <br> v. : <br> : <br> UR M JADDOU and : <br> THE UNITED STATES OF : <br> AMERICA, : <br> : <br> Defendants. : | CASE NO.: 7:24-CV-00129 (WLS) |

## ORDER

On November 27, 2024, Plaintiffs filed their Complaint (Doc. 1). The docket reflects that a Summons (Doc. 1) was issued on December 2, 2024. Under Rule 4(m), if the defendant is not served within ninety days after a complaint is filed, the district court, after notice to the plaintiff, must dismiss the action without prejudice against that defendant or order that service be made within a specified time. Fed. R. Civ. P. 4(m). Plaintiffs therefore had until Tuesday, February 25, 2025, to properly serve Defendants. To date, they have not filed proof of serve on the docket.

Accordingly, Plaintiffs are **ORDERED** to properly serve Defendants no later than **Wednesday, March 19, 2025** and file proof of service on the docket. Plaintiffs are hereby noticed that, upon failure to timely comply with this Order, the action may be dismissed without prejudice without further notice or proceedings without further notice or proceedings.

**SO ORDERED**, this 26th day of February 2025.

                                                                      **/s/ W. Louis Sands**
                                                                      **W. LOUIS SANDS, SR. JUDGE**
                                                                      **UNITED STATES DISTRICT COURT**